# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:14-cr-009 |
| vs. | : | Judge Timothy S. Black |
| SAID ABUHELAL, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

This criminal case is before the Court on the Government's Motion to Dismiss Indictment. (Doc. 5). The Government states that Defendant has remained an international fugitive since June 2010 and that his apprehension is unlikely. Accordingly, given the passage of time since indictment, Defendant's fugitive status, and the loss of necessary evidence, the Government moves to dismiss the Indictment. (*Id.*)

Pursuant to Fed. R. Crim. P. 48(a), and based upon the foregoing, the Government's motion is **GRANTED**. Accordingly, the Indictment shall be **DISMISSED** as to Defendant Said Abuhelal, and this case shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 10/21/21

Timothy S. Black
United States District Judge